**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| GARNET DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAMAHA CORPORATION OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 6:13-CV-642<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| GARNET DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK LLC, ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 6:13-CV-647<br>**(Member of Consoldiated Case)**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL OF DISH NETWORK LLC & DISH NETWORK CORPORATION**

In light of the resolution of the litigation in accordance with Dkts. 88 and 101 of consolidated lead case *Garnet Digital, LLC v. Yamaha Corp. of Am.*, No. 6:13-CV-642, and the parties' joint motion to dismiss DISH Network, Netgear, and Seagate, it is hereby ORDERED that all claims and counterclaims made by Plaintiff Garnet Digital, LLC and Defendants DISH Network LLC & DISH Network Corporation against each other in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 30th day of July, 2014.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE